# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIS FOR RACHAEL, INC., et al., | |
| Plaintiffs, | |
| v. | Case No. 3:22-cv-01517-MPS |
| YALE UNIVERSITY, et al., | December 7, 2022 |
| Defendants. | |

**JOINT MOTION FOR STAY AND REFERRAL FOR SETTLEMENT CONFERENCE**

The Parties jointly move the Court to stay all proceedings in this matter for at least thirty (30) days, in order for the Parties to engage in settlement discussions, and request a referral to U.S. Magistrate Judge David Vatti, for a Settlement Conference to be held as soon as possible. The Parties propose that they report to the Court regarding the status of the matter on or about thirty (30) days from the entry of the stay.

PLAINTIFFS
ELIS FOR RACHAEL, INC.; ALICIA ABRAMSON; HANNAH NEVES

DISABILITY RIGHTS OF CONNECTICUT, INC.

   Kasey Considine (ct30756)
   Deborah Dorfman
   *Admitted Pro Hac Vice*
   CT Juris No. 442946
   846 Wethersfield Ave.
   Hartford, CT 06114
   Tel.: (860) 297-4300
   Email: kasey.considine@disrightsct.org
          deborah.dorfman@disrightsct.org

BAZELON CENTER FOR MENTAL HEALTH LAW

   Ira Burnim
   *Admitted Pro Hac Vice*
   Monica Porter
   *Admitted Pro Hac Vice*
   1090 Vermont Avenue NW, Suite 220
   Washington, D.C. 20005
   Tel.: (202) 467-5730
   Email: irab@bazelon.org
          monicap@bazelon.org

VLADECK, RASKIN & CLARK, P.C.

By: */s/Susanna Barron*
   Maia Goodell (Admission pending)
   Susanna Barron
   *Admitted Pro Hac Vice*
   565 Fifth Avenue, 9th Floor
   New York, New York 10017
   Tel.: (212) 403-7300
   Email: mgoodell@vladeck.com
          sbarron@vladeck.com

   Their Attorneys

DEFENDANTS
YALE UNIVERSITY; PRESIDENT AND
FELLOWS OF YALE UNIVERSITY

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: (860) 392-5000
    Fax.: (860) 392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

    Their Attorneys

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of December, 2022, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel.

*/s/ Brendan N. Gooley*
Brendan N. Gooley