IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIS FOR RACHAEL, INC., et al., | |
| Plaintiffs, | |
| v. | Case No. 3:22-cv-01517-MPS |
| YALE UNIVERSITY, et al., | February 9, 2023 |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order (ECF 38), the Parties report that they have had two Settlement Conferences with Judge Farrish, remain engaged in settlement discussions, and therefore request that the Court continue the stay for 45 days until March 27, 2023. The parties seek a 45 day continuation of the stay to accommodate the schedules of the many lawyers and parties involved in this case.

PLAINTIFFS
ELIS FOR RACHAEL, INC.; ALICIA ABRAMSON; HANNAH NEVES

DISABILITY RIGHTS OF CONNECTICUT, INC.

    Kasey Considine (ct30756)
    Deborah Dorfman
    *Admitted Pro Hac Vice*
    CT Juris No. 442946
    846 Wethersfield Ave.
    Hartford, CT 06114
    Tel.:  (860) 297-4300
    Email:  kasey.considine@disrightsct.org
           deborah.dorfman@disrightsct.org

BAZELON CENTER FOR MENTAL HEALTH LAW

    Ira Burnim
    *Admitted Pro Hac Vice*
    Monica Porter
    *Admitted Pro Hac Vice*
    1090 Vermont Avenue NW, Suite 220
    Washington, D.C. 20005
    Tel.:  (202) 467-5730
    Email:  irab@bazelon.org
           monicap@bazelon.org

VLADECK, RASKIN & CLARK, P.C.

By: */s/Susanna Barron*
    Maia Goodell (ct31368)
    Susanna Barron
    *Admitted Pro Hac Vice*
    565 Fifth Avenue, 9th Floor
    New York, New York 10017
    Tel.:  (212) 403-7300
    Email:  mgoodell@vladeck.com
           sbarron@vladeck.com

    Their Attorneys

DEFENDANTS
YALE UNIVERSITY; PRESIDENT AND
FELLOWS OF YALE UNIVERSITY

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: (860) 392-5000
    Fax.: (860) 392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

Their Attorneys

## CERTIFICATE OF SERVICE

I certify that on this 9th day of February, 2023, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel.

>*/s/ Brendan N. Gooley*
>Brendan N. Gooley