## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIS FOR RACHAEL, INC., et al., | |
| Plaintiffs, | |
| v. | Case No. 3:22-cv-01517-MPS |
| YALE UNIVERSITY, et al., | April 28, 2023 |
| Defendants. | |

### JOINT MOTION TO CONTINUE STAY

For good cause shown, the Parties jointly move the Court to continue the stay in this matter, until at least May 19, 2023. The Parties continue their good faith efforts to resolve this matter through a settlement, including with the assistance of a mediator.

Wherefore, in order to facilitate the orderly pursuit of a resolution of this matter, the Parties request that the Court continue the stay so that they can focus on resolution.

PLAINTIFFS
ELIS FOR RACHAEL, INC.; ALICIA ABRAMSON; HANNAH NEVES

DISABILITY RIGHTS OF CONNECTICUT, INC.

    Kasey Considine (ct30756)
    Deborah Dorfman
    *Admitted Pro Hac Vice*
    CT Juris No. 442946
    846 Wethersfield Ave.
    Hartford, CT 06114
    Tel.: (860) 297-4300
    Email: kasey.considine@disrightsct.org
           deborah.dorfman@disrightsct.org

BAZELON CENTER FOR MENTAL HEALTH LAW

    Ira Burnim
    *Admitted Pro Hac Vice*
    Monica Porter
    *Admitted Pro Hac Vice*
    1090 Vermont Avenue NW, Suite 220
    Washington, D.C. 20005
    Tel.: (202) 467-5730
    Email: irab@bazelon.org
           monicap@bazelon.org

VLADECK, RASKIN & CLARK, P.C.

By: */s/Susanna Barron*
    Maia Goodell (ct31368)
    Susanna Barron
    *Admitted Pro Hac Vice*
    565 Fifth Avenue, 9th Floor
    New York, New York 10017
    Tel.: (212) 403-7300
    Email: mgoodell@vladeck.com
           sbarron@vladeck.com

Their Attorneys

DEFENDANTS
YALE UNIVERSITY; PRESIDENT AND
FELLOWS OF YALE UNIVERSITY

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: (860) 392-5000
    Fax.: (860) 392-5058
    Email: jsconzo@carltonfields.com
            bgooley@carltonfields.com


    Their Attorneys

## CERTIFICATE OF SERVICE

I certify that on this 28th day of April, 2023, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel.

*/s/ Brendan N. Gooley*
Brendan N. Gooley
