### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIS FOR RACHAEL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>YALE UNIVERSITY, et al.,<br><br>Defendants. | Case No. 3:22-cv-01517-MPS<br><br>July 19, 2023 |

### **JOINT MOTION TO CONTINUE STAY**

For good cause shown, the Parties jointly move the Court to continue the stay in this matter, until at least August 19, 2023. The Parties continue their good faith efforts to resolve this matter through a settlement, including with the assistance of a mediator. Yale will respond to Plaintiffs' latest settlement proposal by July 24, 2023 and Plaintiffs will reply to Yale's response by August 3, 2023. Wherefore, in order to facilitate the orderly pursuit of a resolution of this matter, the Parties request that the Court continue the stay so that they can focus on resolution.

PLAINTIFFS
ELIS FOR RACHAEL, INC.; ALICIA ABRAMSON; HANNAH NEVES

DISABILITY RIGHTS OF CONNECTICUT, INC.

    Kasey Considine (ct30756)
    Deborah Dorfman
    *Admitted Pro Hac Vice*
    CT Juris No. 442946
    846 Wethersfield Ave.
    Hartford, CT 06114
    Tel.: (860) 297-4300
    Email: kasey.considine@disrightsct.org
            deborah.dorfman@disrightsct.org

BAZELON CENTER FOR MENTAL HEALTH LAW

    Ira Burnim
    *Admitted Pro Hac Vice*
    Monica Porter
    *Admitted Pro Hac Vice*
    1090 Vermont Avenue NW, Suite 220
    Washington, D.C. 20005
    Tel.: (202) 467-5730
    Email: irab@bazelon.org
            monicap@bazelon.org

VLADECK, RASKIN & CLARK, P.C.

By: */s/Susanna Barron*
    Maia Goodell (ct31368)
    Susanna Barron
    *Admitted Pro Hac Vice*
    565 Fifth Avenue, 9th Floor
    New York, New York 10017
    Tel.: (212) 403-7300
    Email: mgoodell@vladeck.com
            sbarron@vladeck.com

    Their Attorneys

DEFENDANTS
YALE UNIVERSITY; PRESIDENT AND
FELLOWS OF YALE UNIVERSITY

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.:  (860) 392-5000
    Fax.:  (860) 392-5058
    Email:  jsconzo@carltonfields.com
           bgooley@carltonfields.com

Their Attorneys

## CERTIFICATE OF SERVICE

I certify that on this 19th day of July, 2023, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel.

*/s/ Brendan N. Gooley*
Brendan N. Gooley
