## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIS FOR RACHAEL, INC., et al., | |
| Plaintiffs, | |
| v. | Case No. 3:22-cv-01517-MPS |
| YALE UNIVERSITY, et al., | August 18, 2023 |
| Defendants. | |

## JOINT MOTION TO CONTINUE STAY

For good cause shown, the Parties move the Court to continue the stay in this matter, until August 25, 2023. The Parties continue their good faith efforts to resolve this matter through a settlement, including with the assistance of a mediator. Plaintiffs will respond to Yale's latest settlement proposal by August 22, 2023 and Yale will reply to Plaintiffs' response by August 24, 2023. Wherefore, in order to facilitate the orderly pursuit of a resolution of this matter, the Parties request that the Court continue the stay so that they can focus on resolution.

PLAINTIFFS
ELIS FOR RACHAEL, INC.; ALICIA
ABRAMSON; HANNAH NEVES

DISABILITY RIGHTS OF CONNECTICUT, INC.

   Kasey Considine (ct30756)
   Deborah Dorfman
   *Admitted Pro Hac Vice*
   CT Juris No. 442946
   846 Wethersfield Ave.
   Hartford, CT 06114
   Tel.: (860) 297-4300
   Email: kasey.considine@disrightsct.org
          deborah.dorfman@disrightsct.org

BAZELON CENTER FOR MENTAL HEALTH LAW

   Ira Burnim
   *Admitted Pro Hac Vice*
   Monica Porter
   *Admitted Pro Hac Vice*
   1090 Vermont Avenue NW, Suite 220
   Washington, D.C. 20005
   Tel.: (202) 467-5730
   Email: irab@bazelon.org
          monicap@bazelon.org

VLADECK, RASKIN & CLARK, P.C.

By: */s/Maia Goodell*_____
   Maia Goodell (ct31368)
   Susanna Barron
   *Admitted Pro Hac Vice*
   565 Fifth Avenue, 9th Floor
   New York, New York 10017
   Tel.: (212) 403-7300
   Email: mgoodell@vladeck.com
          sbarron@vladeck.com

   Their Attorneys

DEFENDANTS
YALE UNIVERSITY; PRESIDENT AND
FELLOWS OF YALE UNIVERSITY

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.:  (860) 392-5000
    Fax.:  (860) 392-5058
    Email:  jsconzo@carltonfields.com
           bgooley@carltonfields.com

    Their Attorneys

## CERTIFICATE OF SERVICE

I certify that on this 18th day of August, 2023, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel.

*/s/ Brendan N. Gooley*
Brendan N. Gooley
