#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIS FOR RACHAEL, INC., et al., | |
| Plaintiffs, | |
| v. | Case No. 3:22-cv-01517-MPS |
| YALE UNIVERSITY, et al., | August 25, 2023 |
| Defendants. | |

### JOINT MOTION FOR APPROVAL OF INDIVIDUAL SETTLEMENT AND FOR CONTINUING JURISDICTION

The Parties jointly request that the Court approve the Settlement Agreement and Release, attached as **Exhibit 1** (the "Settlement Agreement") and retain jurisdiction over this Action for three (3) years to enforce the Agreement, if it becomes necessary.

The Parties have engaged in mediation with the assistance of the Honorable Thomas O. Farrish of this Court and the Honorable Kathleen A. Roberts (Ret.), former United States Magistrate Judge for the Southern District of New York and current JAMS Mediator. Through that process, the Parties reached agreement to resolve the claims by the named Plaintiffs in this action in exchange for the consideration identified in the attached Settlement Agreement and its exhibits, which includes changes to the mental health policies of Yale College and training regarding issues raised in this case. The Settlement Agreement provides that the Parties will negotiate payment by Yale of Plaintiffs' reasonable costs and fees, and that Plaintiffs may submit a fee application to this Court if the Parties are unable to reach agreement on this issue. The Settlement Agreement includes a dispute resolution clause that creates a process for resolving any disputes related to the implementation of the Settlement Agreement. The final step in that dispute resolution process involves the submission of the dispute to this Court.

The Parties respectfully request that the Court approve the Settlement Agreement as a fair and reasonable resolution of the claims raised in Plaintiffs' November 30, 2022 Complaint and further request that the Court retain continuing jurisdiction for three (3) years to adjudicate any dispute involving the Settlement Agreement, including but not limited to any fee application Plaintiffs may submit.  The Court should grant this Motion.

PLAINTIFFS
ELIS FOR RACHAEL, INC.; ALICIA ABRAMSON; HANNAH NEVES

DISABILITY RIGHTS OF CONNECTICUT, INC.

/s/ *Kasey Considine*
Kasey Considine (ct30756)
Deborah Dorfman
*Admitted Pro Hac Vice*
CT Juris No. 442946
75 Charter Oak Ave, Suite 1-101
Hartford, CT 06106
Tel.: (860) 297-4300
Email: kasey.considine@disrightsct.org
       deborah.dorfman@disrightsct.org

BAZELON CENTER FOR MENTAL HEALTH LAW

/s/ *Monica Porter Gilbert*
Monica Porter Gilbert
*Admitted Pro Hac Vice*
Ira Burnim
*Admitted Pro Hac Vice*
1090 Vermont Avenue NW, Suite 220
Washington, D.C. 20005
Tel.: (202) 467-5730
Email: irab@bazelon.org
       monicap@bazelon.org

VLADECK, RASKIN & CLARK, P.C.

_____
Maia Goodell (ct31368)
Susanna Barron
*Admitted Pro Hac Vice*
565 Fifth Avenue, 9th Floor
New York, New York 10017
Tel.: (212) 403-7300
Email: mgoodell@vladeck.com
       sbarron@vladeck.com

Their Attorneys

3

DEFENDANTS
YALE UNIVERSITY; PRESIDENT AND
FELLOWS OF YALE UNIVERSITY

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: (860) 392-5000
    Fax.: (860) 392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

    Their Attorneys