### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIS FOR RACHAEL, INC., et al., | |
| Plaintiffs, | |
| v. | Case No. 3:22-cv-01517-MPS |
| YALE UNIVERSITY, et al., | October 4, 2023 |
| Defendants. | |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Elis for Rachael, Inc., Alicia Abramson, and Hannah Neves (collectively, "Plaintiffs"), and Defendants Yale University and The President and Fellows of Yale (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as follows:

WHEREAS, the parties have agreed to a settlement that fully resolves this action, with the exception of attorneys' fees and costs, and have now executed a written agreement memorializing their settlement (the "Settlement Agreement"), appended hereto as Exhibit 1;

WHEREAS, the parties have agreed that the Court should maintain jurisdiction over this case for three (3) years for purposes of enforcing the terms of the Settlement Agreement, if necessary, and deciding any dispute concerning attorneys' fees and costs; and

WHEREAS the Settlement Agreement took effect on August 28, 2023.

THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST THE COURT TO ORDER THAT:

Pursuant to the parties' Settlement Agreement in the above-captioned action and with consent of the parties:

1. The Court shall retain continuing jurisdiction for three (3) years to adjudicate any dispute involving the parties' Settlement Agreement, including but not limited to any fee application Plaintiffs may submit; and

2. Except as provided for in Paragraph 1, the above-captioned action is dismissed with prejudice.

Dated: October 4, 2023

PLAINTIFFS
ELIS FOR RACHAEL, INC.; ALICIA ABRAMSON; HANNAH NEVES

DISABILITY RIGHTS OF CONNECTICUT, INC.
/s/ *Kasey Considine*
Kasey Considine (ct30756)
Deborah Dorfman *Admitted Pro Hac Vice*  CT Juris No. 442946
75 Charter Oak Ave, Suite 1-101
Hartford, CT 06106
Tel.:  (860) 297-4300
Email:  kasey.considine@disrightsct.org
    deborah.dorfman@disrightsct.org

BAZELON CENTER FOR MENTAL HEALTH LAW
/s/ *Monica Porter Gilbert*
Monica Porter Gilbert *Admitted Pro Hac Vice*
 Ira Burnim
*Admitted Pro Hac Vice*
1090 Vermont Avenue NW, Suite 220
Washington, D.C. 20005
Tel.:  (202) 467-5730

    Email:  irab@bazelon.org
              monicap@bazelon.org

VLADECK, RASKIN & CLARK, P.C.

/s/ *Maia Goodell*
Maia Goodell (ct31368) Susanna Barron *Admitted Pro Hac Vice*
565 Fifth Avenue, 9th Floor New York, New York 10017
Tel.: (212) 403-7300
Email:  mgoodell@vladeck.com
          sbarron@vladeck.com

Their Attorneys

DEFENDANTS
YALE UNIVERSITY; PRESIDENT AND FELLOWS OF YALE UNIVERSITY

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS P.C.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: (860) 392-5000
    Fax.: (860) 392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

Their Attorneys

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 4, 2023                /s/
                                                     Hon. Michael P. Shea